# United States Bankruptcy Court
## Southern District of Ohio

In re  **Ray D. Hamby**
**Nancy Hamby**
                                                            Debtor(s)

Case No.  **2:16-bk-52427**
Chapter  **13**

## Notice of Change of Address

Debtor's Social Security Number:     **xxx-xx-8524**

Joint Debtor's Social Security Number:  **xxx-xx-9835**

**My (Our) Former Mailing Address and Telephone Number was:**

Name:   **Ray D. Hamby and Nancy Hamby**

Street:  **5386 Franklin St**

City, State and Zip:  **Hilliard, OH 43026**

Telephone #:  **614-558-8288**

**Please be advised that effective April 29, 2016,
my (our) new mailing address and telephone number is:**

Name:   **Ray D. Hamby and Nancy Hamby**

Street:  **5020 Cemetery Road, Apt. B**

City, State and Zip:  **Hilliard, OH 43026-1669**

Telephone #:

/s/ Ray D. Hamby
**Ray D. Hamby**
Debtor

/s/ Nancy Hamby
**Nancy Hamby**
Joint Debtor